UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTWAN JOHNSON,

       Petitioner,       Case No. 1:15-cv-461

v.       Honorable Paul L. Maloney

CARMEN PALMER,

       Respondent.

_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:   May 29, 2015       /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         Chief United States District Judge