UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTWAN JOHNSON,

    Petitioner,      Case No. 1:15-cv-461

v.             Honorable Paul L. Maloney

CARMEN PALMER,

    Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated: May 29, 2015      /s/ Paul L. Maloney
               Paul L. Maloney
               Chief United States District Judge